STATE OF NEW JERSEY v. RAYMOND ZRYBKO.

June 5, 1985.

Leave to appeal is granted and the matter is summarily remanded to the Superior Court, Law Division, Passaic County, for reconsideration in light of *State v. Abbati,* 99 *N.J.* 418 (1985).

Jurisdiction is not retained.

JOSEPH MEGLINO v. TOWNSHIP COMMITTEE OF THE TOWNSHIP OF EAGLESWOOD.

June 13, 1985.

Petition for certification granted.

STATE OF NEW JERSEY v. ROSEMARY HELFRICHT.

June 13, 1985.

Petition for certification denied.

EDWARD KUBIAK v. ALLSTATE INSURANCE COMPANY.

June 13, 1985.

Petition for certification denied. (See 198 *N.J.Super.* 115)